Farkas et ux., Appellants, *v.* Gearhart.

Argued October 9, 1974. Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Stanley M. Stein,* with him *Arthur L. Bloom,* and *Feldstein, Bloom & Grinberg,* for appellants.

*Joseph W. Serene,* for appellees.

OPINION PER CURIAM, November 20, 1974:
Decree affirmed. Costs to be borne by appellants.
Mr. Chief Justice JONES took no part in the consideration or decision of this case.